Form ompdue

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

**In Re:** Jared Sexton Thornley and Jenny Lynn Thornley  **Case No.:** 23−70299
*Debtor*

**Chapter:** 7

**Order Requiring Matrix, Form 121−Statement of SSN and/or Amended Petition
To Be Filed On or Before 4/20/23**

FAILURE TO FILE THE REQUIRED DOCUMENTS WITHIN THE SPECIFIED TIME
WILL RESULT IN DISMISSAL OF THIS CASE

A petition was filed in the above named case on 4/13/23 . The documents and/or information listed below were not filed with the petition as required. The following documents **must be filed on the most current Official form(s) on or before 4/20/23 , or the case will be dismissed without further notice.** Current **Official forms** may be obtained at www.ilcb.uscourts.gov. Click on **Forms**.

**Missing Documents and/or Information:**

- ☐ Matrix not filed/incorrect format
- ☑ Form 121: Statement About Your Social Security Numbers
- ☐ Official Form 101 Voluntary Petition for Individuals (Version 12/22)
- ☐ Official Form 201 Voluntary Petition for Non−Individuals
- ☐ Official Form 105 Involuntary Petition Against an Individual
- ☐ Official Form 205 Involuntary Petition Against a Non−Individual
- ☐ Amended Statement of Social Security Number
- ☐ Electronic or Original Signature of Attorney required. Amend Petition.

**Dated:** 4/13/23

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Mary P. Gorman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

# GENERAL INFORMATION RE: FILING REQUIREMENTS

*OFFICIAL FORMS ARE REQUIRED*

Official forms may be obtained at *www.ilcb.uscourts.gov* or a local stationary store. Your amended petition should clearly indicate that it is an amended petition and not a new filing. Electronic filers call the court for directions.

*FORM 121 – STATEMENT OF SOCIAL SECURITY NUMBER*

Must be filed with the petition. Visit our website at *www.ilcb.uscourts.gov* and click on Forms for a sample form.

*MATRIX:*

Visit our website at *www.ilcb.uscourts.gov* for matrix format information.

*ATTORNEY'S SIGNATURE:*

Attorney's signature required on page 7 of Official Form 101.

United States Bankruptcy Court

Central District of Illinois

| | |
|---|---|
| In re: | Case No. 23-70299-mpg |
| Jared Sexton Thornley | Chapter 7 |
| Jenny Lynn Thornley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 13, 2023 | Form ID: ompdue | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jared Sexton Thornley, Jenny Lynn Thornley, 2880 Hilltop Road, Springfield, IL 62712-9154 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James R Inghram | bankruptcy@inghramlaw.com  sherene@inghramlaw.com;jim@inghramlaw.com;inghram@inghramlaw.com;il52@ecfcbis.com |
| U.S. Trustee | USTPRegion10.PE.ECF@usdoj.gov |

TOTAL: 2